THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Douglas Terrell
 Weiters, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI 

Appeal from Charleston County
 Kenneth G. Goode, Circuit Court Judge

Memorandum Opinion No. 2009-MO-046
 Heard March 18, 2009  Filed August 24,
2009   

DISMISSED AS IMPROVIDENTLY GRANTED 

 
 
 
 Assistant
 Appellate Defender Kathrine H. Hudgins, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 Appendix and briefs, the writ of certiorari is
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.